**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEC 1 2 2019

------------------------------------------------X
LAWRENCE YOUNG, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS          Case No.:1:19-cv-09245-AJN
SIMILARLY SITUATED,
                                        **STIPULATION OF**
                       Plaintiffs,      **DISMISSAL WITH**
                                        **PREJUDICE**
        - against -

AWH PARTNERS, LLC,

                       Defendant.
------------------------------------------------X

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Date: December 4, 2019

_____          _____
Darryn G. Solotoff, Esq.                  Joshua A. Stein, Esq.
                                          Shira M. Blank, Esq.

**THE LAW OFFICES OF**                    **EPSTEIN, BECKER & GREEN, P.C.**
**DARRYN SOLOTOFF PLLC**                  875 Third Avenue
100 Quentin Roosevelt Blvd., #208         New York, NY 10022
Garden City, New York 11530               Email: sblank@ebglaw.com
E-mail: ds@lawsolo.net                    Phone: (212) 351-4694
Phone: (516) 695-0052                     *Attorneys for Defendant*
*Attorneys for Plaintiff*

SO ORDERED:
_____           Date: 12/11/19
Hon. Alison J. Nathan, U.S.D.J.

17